No. 835. BROTHERHOOD OF RAILROAD TRAINMEN *v.* SMITH ET AL. C. A. 6th Cir. Certiorari denied. *Gerhard Van Arkel, Henry Kaiser* and *Wayland K. Sullivan* for petitioner. *V. C. Shuttleworth, Harry E. Wilmarth* and *Joseph A. Segal* for Smith et al., respondents. █

No. 843. GAITAN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Francis P. O'Neill* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 845. WEYERHAEUSER STEAMSHIP CO. *v.* YANOW. C. A. 9th Cir. Certiorari denied. *Lasher B. Gallagher* for petitioner. *Ben Anderson* for respondent. █

No. 870. SHAW CONSTRUCTION CO. *v.* STARK ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Maurice J. Hindin* for petitioner. *Claude B. Cumming* for respondents. █

No. 849. CUIKSA ET AL. *v.* CITY OF MANSFIELD ET AL. C. A. 6th Cir. Certiorari denied. *Leo F. Lightner* for petitioners. *Fred O. Burkhalter* and *Lydon H. Beam* for respondents.

No. 850. POMPEI WINERY, INC., *v.* OHIO BOARD OF LIQUOR CONTROL. Supreme Court of Ohio. Certiorari denied. *Frank V. Opaskar* and *Anthony R. Fiorette* for petitioner. *William Saxbe,* Attorney General of Ohio, and *S. Noel Melvin,* Assistant Attorney General, for respondent.